# FISHMAN MCINTYRE P.C.
### ATTORNEYS AT LAW

STANLEY P. FISHMAN*
CHRISTOPHER E. McINTYRE
SCOTT D. SAMANSKYⱽ
JAE E. LEE +
MITCHELL B. LEVINE*
BRIAN S. LENT<

LAUREN B. DiSARNO
BETH R. WALLACH +
CASSANDRA A. WILLOCK*
STEVEN W. FIRSICHBAUM
ROBERT C. STREIT
SCOTT A. GROSSMAN<
MICHAEL NERI*
JESSE C. KLAPROTH*
JANE ANN E. WHITCHURCH

OF COUNSEL
TRACY G. CALLAHAN*^
DANIELLA S. KREINER*

120 EAGLE ROCK AVENUE
EAST HANOVER, NEW JERSEY 07936
(973) 560-9000
FAX (973) 560-0060

## ORDER ON ORAL MOTION

July 2, 2008

NEW YORK OFFICE
FOUR EXECUTIVE BOULEVARD
SUFFERN, NY 10901
(845) 369-1700

BERGEN COUNTY OFFICE
2050 CENTER AVENUE
FORT LEE, NJ 07024
(201) 346-3800

^ CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY

* NJ & NY BARS
+ NJ & PA BARS
< NY BAR
ⱽ NJ, DC BARS

RECEIVED IN THE CHAMBERS OF

JUL - 7 2008

HON. CLAIRE C. CECCHI

Magistrate Claire C. Cecchi, U.S.S.D.J.
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street, Room 2064
Newark, New Jersey 07102

    RE:    Gentile v. Target Corporation, et al.
             Civil Action No. 2:07-cv-4323 (WHW/MCA)
             Our File No.: TAR-22-CM

Dear Magistrate Cecchi:

As Your Honor is aware this office represents Target Corporation in connection with the above matter. This case was previously scheduled for a Settlement Conference before Your Honor on May 14, 2008 at 2:30 p.m. At this time, we respectfully request that said conference be rescheduled at Your Honor's earliest convenience.

Thank you for Your Honor's attention in this regard.

Respectfully submitted,

**CHRISTOPHER E. MCINTYRE**
Chris@FishmanMcIntyre.com

CEM:atr

cc:    Justin Walker, Esq. – via: Facsimile - (201)560-1440

*[Handwritten note:]* The parties are reminded that there shall be an in-person settlement conference on July 10, 2008 at 11:00 am. (See Docket Entry No. 14)

SO ORDERED
s/Claire C. Cecchi
_____
Claire C. Cecchi, U.S.M.J.
Date: 7/7/08